```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                   )
CIGAR MASTERS PROVIDENCE, INC.,    )
                                   )
       Plaintiff,                  )
                                   )
    v.                             )    C.A. No. 16-471 S
                                   )
OMNI RHODE ISLAND, LLC,            )
                                   )
       Defendant.                  )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

Before the Court is Plaintiff and Counterclaim-Defendant's Motion for Partial Summary Judgment (ECF No. 32). This matter was referred to Magistrate Judge Patricia A. Sullivan for a Report and Recommendation. Magistrate Judge Sullivan recommends that the Court deny the Motion without prejudice. (Report and Recommendation, ECF No. 46.) Because Defendant has not filed an objection to the Report and Recommendation, any such objection is waived. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986). The Report and Recommendation (ECF No. 46) is ACCEPTED and Plaintiff and Counterclaim-Defendant's Motion for Partial Summary Judgment (ECF No. 32) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

*/s/ William E. Smith*

William E. Smith
Chief Judge
Date: August 4, 2017